

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00051-CV

_____

CARL MELETIO, RUSTY MOBLEY, JEFF SCHMITZ, JAMES YOUNG,
BOBBY WHITE, RENEE HILL, JEFF MILFORD, JAMES HALE,
AND HILARIO PAULIN, Appellants

V.

WILLIAM HENRY MYRE, WILLIAM DANIEL MYRE, AND
CRAIG DEVELOPMENT, INC., Appellees

On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court No. 68,224

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

On this date, we issued an order lifting our abatement and reinstating this appeal on our docket.

This appeal was brought from Hunt County, over which both the Texarkana and Dallas Courts of Appeals have jurisdiction. Competing notices of appeals were filed in this Court and in the Dallas court. The Dallas court issued an order determining that the notice of appeal filed there was the first appeal to be perfected; finding no authority to suggest the Dallas court's conclusion was incorrect, we deferred to the ruling of that court. On June 24, 2008, we abated this appeal until either the Texas Supreme Court ordered the appeal to proceed in this Court or until final disposition of cause number 05-08-00576-CV pending in the Fifth Court of Appeals. Because the Dallas court has now issued its opinion in this matter and the Texas Supreme Court has denied the petition for review, all matters in controversy have been disposed of.

We, therefore, dismiss the appeal.

Jack Carter
Justice

Date Submitted:     October 18, 2010
Date Decided:       October 19, 2010

2